**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jean C. Koegler, III | : | CASE NO. 23-12617 |
| Debtor | : | HONORABLE VINCENT F. PAPALIA |

**ATTORNEY'S RESPONSE TO MOTION FOR RELIEF FROM STAY**

I, Russell L. Low, Esq. hereby certify the following:

1. I, Russell L. Low, Esq. represent the debtor, Jean C. Koegler, III in this bankruptcy proceeding.
2. On May 3, 2023 a Motion for Relief from Stay was entered by Wells Fargo Bank NA.
3. My staff was advised by the debtor's son that the debtor, Jean C. Koegler, III passed away in the early morning of May 10, 2023.
4. At this time I am respectfully filing a response to this motion for relief to allow myself to meet with the debtor's family and discuss this bankruptcy proceeding.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:  May 25, 2023                                    /s/ Russell L. Low
                                                       **Russell L. Low, Esq.**
                                                       Attorney for the Debtor