| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>WNI 15-010067<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>ATTORNEYS FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR1 | Order Filed on June 7, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JEAN C. KOEGLER, III,<br>　　　　　　　　DEBTOR | Case No.: 23-12617-VFP<br><br>Judge: HONORABLE VINCENT F. PAPALIA<br><br>Chapter: 13 |

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY AND PROVIDING PROSPECTIVE IN REM RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 7, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of LOGS LEGAL GROUP LLP, Attorneys for THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR1, under Bankruptcy Code section 362(d) and section 105(a) to vacate the automatic stay and provide prospective in rem relief as to certain real property as hereinafter set forth, and for cause shown,

1. It is ORDERED the automatic stay of 11 U.S.C. §362(a) is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the court (s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant or alternatively to allow movant to pursue alternatives to foreclosure upon the following:

Land and premises known as **Lot 15 Block 40.03 Commonly known as 52 Sterling Avenue, Weehawken, NJ 07086.**

2. It is ORDERED that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor Margaret Koegler, to permit Plaintiff to pursue its rights in the real property described above.

3. The movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. IT IS FURTHER ORDERED that any future bankruptcy filings by the Debtor, Jean C. Koegler, III, and/or co-debtor Margaret Koegler, individually or jointly, shall not invoke the automatic stay against Wells Fargo Bank, N.A. and/or its assignees with regard to the property located at Lot 15 Block 40.03 Commonly known as 52 Sterling Avenue, Weehawken, NJ 07086.

5. IT IS FURTHER ORDERED that the Office of the Register of Hudson County is hereby directed to allow for the recording of this Order, and that this Order is effective for two (2) years from the date of entry, provided it is recorded as provided for by 11 U.S.C. §362(d)(4).

The movant shall serve this order on the Debtor, any trustee and other party who entered an appearance on the motion.