

**LOGS Legal Group LLP**
Attorneys at Law

14000 Commerce Parkway, Suite B
Mount Laurel, New Jersey 08054
Tel: (856) 793-3080 • Fax: (847) 627-8809

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Managing Partner**
Christopher A. DeNardo (licensed in NJ, NY, PA)



June 12, 2023

Clerk of Courts
United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

RE:   THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS SUCCESSOR-IN-INTEREST TO ALL PERMITTED SUCCESSORS AND ASSIGNS OF JPMORGAN CHASE BANK, AS TRUSTEE, FOR CERTIFICATEHOLDERS OF NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-AR1 v. Jean C. Koegler, III
Docket No.:       23-12617-VFP
Property Address: 52 Sterling Avenue, Weehawken, NJ 07086
LLG File No.:     15-010067

Dear Sir/Madam

Enclosed please find the following items:

- Copy of Order entered June 7, 2023 (Docket Entry 22)
- Check in amount of $12.00, payable to United States Bankruptcy Court

**Please take the following action:**

- Certify/Seal Order, so it can be recorded into land records
- Return Certified Order in the envelope provided

Respectfully submitted,
LOGS Legal Group LLP

Cindy Stewart
Legal Assistant

Enclosures

www.LOGS.com
Practicing in Indiana and Texas as Law Office of Gerald M. Shapiro, LLP




ORIGIN ID:KPDA  (610) 278-6800
CINDY STEWART

3600 HORIZON DRIVE
SUITE 150
KING OF PRUSSIA, PA 19406
UNITED STATES US

SHIP DATE: 19JUN23
ACTWGT: 2.00 LB
CAD: 4635043/INET4610

BILL SENDER

TO  CLERK OF COURTS
US BANKRUPTCY COURT, NEW JERSEY
50 WALNUT STREET

NEWARK NJ 07102
(000) 000-0000    REF: 15-010067
INV:
PO:    DEPT:

FedEx Express

TUE - 20 JUN 4:30P
STANDARD OVERNIGHT

TRK# 7724 8902 3016
0201

E2 VAKA     07102
            NJ-US  EWR

FedEx Ship Manager - Print Your Label(s)
6/19/23, 11:05 AM

RT 329   6
         16:30   F
FZ
              3016
              06.20